# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HUGO SOTO AND SANDRA BENNETT,** </br></br> Plaintiff, </br></br> vs. </br></br> **CALIFORNIA BUSINESS BUREAU, INC.** </br></br> Defendant. | Case No. 2:11-cv-05161-MAN </br></br> **ORDER** |

   IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice.  Each party shall bear their own costs and expenses.

 Dated: February 27, 2012

*Margaret A. Nagle*
_____
   The Honorable Margaret A. Nagle
   United States Magistrate Judge

Order to Dismiss - 1